UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON HAYGOOD,<br><br>        Plaintiff,<br><br>    v.<br><br>R. RUIZ,<br><br>        Defendant. | No.  2:20-cv-1698 AC P<br><br><br><br>ORDER |

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights complaint under 42 U.S.C. § 1983.  Plaintiff alleges that defendant Ruiz violated his First Amendment right to be free from retaliation when filing grievances.  See generally ECF No. 1.

      On July 29, 2021, defendant Ruiz filed a motion to opt out of the post-screening ADR Project.  ECF No. 19.  After reviewing the motion, the court finds good cause to grant it.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Defendant's motion to opt out (ECF No. 19) is GRANTED, and the stay of this action is LIFTED, and

      2. Within twenty-one days from the date of this order, defendant shall file a responsive pleading.

DATED: August 3, 2021

                                         ALLISON CLAIRE
                                         UNITED STATES MAGISTRATE JUDGE